Commonwealth *v.* Kilheffer, Appellant.

Argued September 17, 1973. *Daniel H. Shertzer,* for appellant; *Louise G. Herr,* Assistant District Attorney, with her *D. Richard Eckman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Martin, Appellant.

Submitted December 3, 1973. *Edwin P. Smith* and *Dubyn & Smith,* for appellant; *James T. Ranney* and *David Richman,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Martino, Appellant.

Argued December 7, 1973. *Thomas E. Sterling,* for appellant; *John*